DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 MAY 2017

| | | | |
|---|---|---|---|
| 117P17 | Yahudah Washitaw of East Terra Indians, David Hopskins, Kerklon Stackhouse, Maurice Stackhouse (Deceased), Shawn Singletary, and Betty Singletary v. PHH Mortgage Corporation, JP Morgan Chase BK NA, Nations Star, CIT Group/Sales Financing Inc., and State of North Carolina | Petitioners' *Pro Se* Motion for Removal from State Court | Dismissed |
| 124P17 | State v. Byron Bernard Sadler | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Mecklenburg County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br><br>2. Allowed |
| 129A96-2 | State v. Carlton Eugene Anderson | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Jackson County<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br>2. Dismissed as moot |
| 132P17 | State v. Eddie Levord Taylor | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **04/24/2017** |
| 135P17 | Celia A. Bell, Employee v. Goodyear Tire and Rubber Company, Employer, Liberty Mutual Insurance Company, Carrier | 1. Def's Motion for Temporary Stay (COA15-1299)<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **04/26/2017**<br><br>2. |
| 155A16 | Old Republic National Title Insurance Company, et al. v. Hartford Fire Insurance Company, et al. | Def's (Hartford Fire Insurance Company) Petition for Rehearing | Denied |
| 158P06-11 | State v. Derrick D. Boger | Def's *Pro Se* Motion for Appeal for Writ of Parole | Dismissed |
| 223PA16 | North Carolina Department of Public Safety v. Chauncey John Ledford | Petitioner's Motion to Withdraw Appeal | Allowed **04/03/2017** |